✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | **(For a Petty Offense)** — Short Form |
| THORNTON, ARIYAL T | CM/ECF Case No. 4:26-PO-00201-AGH |
| | Case No.  GM1      E2722530 |
| | USM No. |

_____
Defendant's Attorney

**THE DEFENDANT:**  THORNTON, ARIYAL T

☑  **THE DEFENDANT** pleaded guilty to count(s)    1 _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-15 | Suspended Registration reduced to | 03/06/2026 | 1 |
| OCGA § 40-2-8 | Operation of Unregistered Vehicle | | 1 |

☐  Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $140.00 | $ 10.00 | $ 100.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  1217

Defendant's Year of Birth:  1990

City and State of Defendant's Residence:
FORT BENNING, GA

06/16/2026
_____
Date of Imposition of Judgment

*Amelia G. Helmick*
_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

06/16/2026
_____
Date